# STUART P. WILLIAMSON v. ALBINSON CONSTRUCTION COMPANY.[1]

April 1, 1921.

No. 22,168.

**New trial — order not appealable.**

A new trial was granted on the merits. The appeal was dismissed because such an order is not appealable. G. S. 1913, § 8001, subd. 4. [Reporter.]

Action in the district court for Hennepin county to recover $1,150 as commission for making sale of certain real estate. The case was tried before Dickinson, J., and a jury which returned a verdict for $1,087.50. From an order granting defendant's motion for a new trial, plaintiff appealed. Appeal dismissed.

James C. Melville, for appellant.

Arthur H. Anderson, for respondent.

PER CURIAM.

Plaintiff has taken an appeal from an order granting a new trial on the merits. The appeal is dismissed for the reason that the order is not appealable. Schommer v. Eischens, supra, page 486.

[1] Reported in 182 N. W. 166.